SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| GREGORY VINCE RACHAL | : 1:22CR337-1 |
| WILLIAM THOMAS CAPPS | : 1:22CR337-2 |

The Grand Jury charges:

COUNT ONE

From on or about September 4, 2021 continuing up to the return of this indictment, the exact dates to the Grand Jurors unknown, in the County of Guilford, in the Middle District of North Carolina, GREGORY RACHAL, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

COUNT TWO

From on or about August 3, 2022 continuing up to the return of this indictment, the exact dates to the Grand Jurors unknown, in the County of Guilford, in the Middle District of North Carolina, WILLIAM THOMAS CAPPS, not being a licensed manufacturer of firearms within the meaning of

Chapter 44, Title 18, United States Code, did willfully engage in the business of manufacturing firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

COUNT THREE

On or about August 3, 2022, in the County of Guilford, in the Middle District of North Carolina, GREGORY VINCE RACHAL did knowingly sell and otherwise dispose of a firearm in and otherwise affecting interstate commerce, to wit: a fully-assembled privately made firearm, that is, a Polymer80 9mm handgun, to another person, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony, namely, possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) and North Carolina General Statute Section 14-415.1; in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

COUNT FOUR

On or about August 15, 2022, in the County of Guilford, in the Middle District of North Carolina, GREGORY VINCE RACHAL did knowingly sell and otherwise dispose of two firearms in and otherwise affecting interstate commerce, to wit: two fully-assembled privately made firearms, those being, Polymer80 9mm handguns, to another person, knowing or having reasonable cause to believe that the use, carrying, or possession of a firearm would

constitute a felony; namely, possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) and North Carolina General Statute Section 14-415.1; in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

COUNT FIVE

On or about August 26, 2022, in the County of Guilford, in the Middle District of North Carolina, GREGORY VINCE RACHAL did knowingly sell and otherwise dispose of two firearms in and otherwise affecting interstate commerce, to wit: two fully-assembled privately made firearms, those being, Polymer80 9mm handguns, to another person, knowing or having reasonable cause to believe that the use, carrying, or possession of a firearm would constitute a felony; namely, possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) and North Carolina General Statute Section 14-415.1; in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

COUNT SIX

On or about September 29, 2022, in the County of Guilford, in the Middle District of North Carolina, GREGORY VINCE RACHAL did knowingly sell and otherwise dispose of a firearm in and otherwise affecting interstate commerce, to wit: a fully-assembled privately made firearm, that is, a Polymer80 handgun, to another person, knowing or having reasonable cause

to believe that the use, carrying, or possession of a firearm would constitute a felony; namely, possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) and North Carolina General Statute Section 14-415.1; in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

COUNT SEVEN

On or about October 5, 2022, in the County of Guilford, in the Middle District of North Carolina, GREGORY VINCE RACHAL did knowingly sell and otherwise dispose of two firearms in and otherwise affecting interstate commerce, to wit: two fully-assembled privately made firearms, those being, Polymer80 9mm handguns, to another person, knowing or having reasonable cause to believe that the use, carrying, or possession of a firearm would constitute a felony; namely, possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) and North Carolina General Statute Section 14-415.1; in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

COUNT EIGHT

On or about October 26, 2022, in the County of Guilford, in the Middle District of North Carolina, GREGORY VINCE RACHAL did knowingly sell and otherwise dispose of a firearm in and otherwise affecting interstate commerce, to wit: a fully-assembled privately made firearm, that is, a

4

Polymer80 handgun bearing no serial number, to another person, knowing or having reasonable cause to believe that the use, carrying, or possession of a firearm would constitute a felony; namely, possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) and North Carolina General Statute Section 14-415.1; in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

DATED: October 31, 2022

SANDRA J. HAIRSTON
United States Attorney

BY: NICOLE R. DUPRE
Assistant United States Attorney

A TRUE BILL:

FOREPERSON